IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-MJ-1943-WW-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER ADDING CONDITION OF** |
| | ) | **PRETRIAL RELEASE** |
| TERESA L. NUBBY, | ) | |
| | ) | |
| Defendant. | ) | |

This case came before the court today for addition of the mental health condition to the Order Setting Conditions of Release (D.E. 6). IT IS ORDERED that defendant shall participate in a program of mental health treatment as directed by the U.S. Probation Office. All other provisions of the Order Setting Conditions of Release remain in full force and effect.

SO ORDERED, this the 12th day of February 2013.

_____
James E. Gates
United States Magistrate Judge

P:\Criminal\Release Condition Modification Orders\Nubby Modification of Pretrial Conditions 2-12-13.docx